**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MICHAEL J. WILLNER,  : No. 940 MAL 2015
  :
        Petitioner  :
  :
  : Petition for Allowance of Appeal from
  : the Order of the Superior Court
        v.  :
  :
  :
CAFFERTY CLOBES MERIWETHER &  :
SPRENGEL, LLP.,  :
  :
        Respondent  :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 6th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.